UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:
CRISTINA J. PERTIERRA,                      Case No. 10-13778 BKC LMI
        Debtor.                             Chapter 7
_____/

## DEBTOR'S MOTION TO VACATE ORDER GRANTING MODIFICATION OF STAY ENTERED ON MARCH 12, 2010 (DOCKET #20)

**COMES NOW,** the Debtor, CRISTINA J. PERTIERRA, by and through undersigned counsel and files this Motion to Vacate Order Granting Modification of Stay Entered on March 12, 2010 (Docket #20) and as grounds states the following:

1.    On or about February 22, 2010, Citibank, N.A. (hereinafter referred to as "Creditor") filed a Motion for Relief From Stay by negative notice

2.    The only relief which the Creditor is seeking in its Motion according to paragraph #7 of their motion, …*"permission to offer the debtor information regarding a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement"*…

3.    Undersigned counsel did not file a response to Creditor's Motion for Relief from Stay, as the relief requested is a relief which the debtor desires as the debtor would like to modify her loan with the creditor.

4.    On March 12, 2010 an Order Granting Modification of Stay was entered and in addition to the ONLY relief request in Creditor's Motion, paragraph #1 of the Order also granted the Creditor permission to

complete an action in State Court for foreclosure of its mortgage encumbering the property which has not the requested relief by movant.

5.    The debtor objects to said relief as it was not requested for in the motion and a Court cannot grant greater relief than the requested relief.

**WHEREFORE**, the debtor prays that this Honorable Court enter an Order Granting this Motion to Vacate the Order Granting Modification of Stay or in the alternative enter an Amended Order with the proper relief.

## <u>CERTIFICATE OF ADMISSION</u>

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent this 12th day of March 2010 to: Barry E. Mukamal, Trustee, One SE 3rd Avenue, Box 158, Miami, FL  33131; A.U.S.T., 51 SW 1st Avenue, Miami, FL  33130; Scott Weiss, Esq., Law Offices of Marshall C. Watson, P.a., 1800 NW 49th street, Suite 120, Ft. Lauderdale, Fl  33309.

Respectfully submitted:

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Blvd.
Suite 303
Coral Gables, FL  33134
Tel. 305-442-7443

By:  _/s/ Emmanuel Perez_____
        Emmanuel Perez, Esq.
        Florida Bar No. 586552