ORDERED in the Southern District of Florida on March 16, 2010

_____
Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO. 10-13778-BKC-LMI

CRISTINA J. PERTIERRA,                  Chapter 7

    Debtor.
_____/

## ORDER GRANTING MOTION TO VACATE ORDER

THIS CAUSE came before the Court upon the Debtor's Motion to Vacate Order Granting Modification of Stay filed on March 15, 2010 (DE #21). The Court having considered the Motion and no objections having been raised, the Court believes there is sufficient cause to grant Debtor Cristina J. Pertierra, the relief she is requesting, accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Debtor's Motion to Vacate Order (DE #21) is GRANTED. The Order Granting Modification of Stay (DE #20) entered on March 12, 2010 is VACATED.

2. Counsel for Creditor Citibank, N.A. is directed to submit an Order consistent with the relief requested in the Creditor's Motion for Relief from Stay (DE #12) filed on February 22, 2010.

Case No. 10-13778-BKC-LMI

###

Copies to:
Emmanuel Perez, Esq.
Scott Weiss, Esq.

*Attorney Perez shall serve a conformed copy of this order upon all parties in interest.*