

**ORDERED in the Southern District of Florida on August 06, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 10-13778-LMI
CHAPTER 7 CASE

IN RE:

CRISTINA JOSEFINA PERTIERRA

Debtor.
_____/

**ORDER GRANTING MODIFICATION OF STAY**

    THIS CASE came before the Court on August 5, 2010, upon Motion for Relief from Stay (Docket #40) filed by **CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-4**, a secured creditor, and the Court based on the record,

    ORDERED AND ADJUDGED as follows:

08-32777

1. That the Motion for Relief from Stay is, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

   **LOT 7, BLOCK B, MCPHIE PARK, UNIT NO. ONE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 8, PAGE 52, OF THE PUBLIC RECORDS OF LEE COUNTY FLORIDA.**

   A/K/A: 5770 -5774 ESTERO BOULEVARD, FT MYERS BEACH, FL 33931

2. It is further ORDERED ADJUDGED AND DECREED that the Order granting Relief from the automatic stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

###

Prepared by:   LAW OFFICES OF MARSHALL C. WATSON, P.A.
               ATTN:  Scott Weiss, Esq.
               1800 NORTH WEST 49TH STREET – SUITE #120
               FORT LAUDERDALE, FLORIDA 33309

Scott Weiss, Esq., Is directed to furnish a
**Conformed copy of this Order immediately
upon receipt of same and file certificate
of service with the court.**

08-32777