

**ORDERED in the Southern District of Florida on August 16, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 10-13778-LMI
CHAPTER 7 CASE

IN RE:

CRISTINA JOSEFINA PERTIERRA

Debtor.
_____/

**ORDER GRANTING MODIFICATION OF STAY**

    THIS CASE came before the court, upon the Motion for Relief from Stay (Docket # 12) filed pursuant to local rule 4001-1(c) by **CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-4**, a secured creditor, and the Court pursuant to its Order (Docket #22) requiring a new order to be submitted, and the Court based on the record,

    ORDERED AND ADJUDGED as follows:

08-32777

1. **CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-4**, is permitted to offer the debtor information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/Loss Mitigation agreement and may enter into such agreement with the debtor without violating any Discharge Order. However, **CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-4,** may not enforce any personal liability against the debtor if Debtor's personal liability is discharged in this bankruptcy case.

###

Prepared by:    LAW OFFICES OF MARSHALL C. WATSON, P.A.
ATTN: Scott Weiss, Esq.
1800 NORTH WEST 49TH STREET – SUITE #120
FORT LAUDERDALE, FLORIDA 33309

Scott Weiss, Esq., Is directed to furnish a
**Conformed copy of this Order immediately
upon receipt of same and file certificate
of service with the court.**

08-32777