UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-13778-LMI
CHAPTER 7

*In re:*

CRISTINA JOSEFINA PERTIERRA,

    Debtor.
_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in this motion.**

JPMORGAN MORTGAGE ACQUISITION CORPORATION ("Movant"), by and through its undersigned attorney, moves for relief from the automatic stay, and in support thereof states as follows:

1. Movant is a secured creditor of the above Debtor and brings this Motion for Relief from Automatic Stay ("Motion") pursuant to the provisions of 11 U.S.C. § 362(d).

2. The Debtor has an interest in certain real property legally described as:

    LOTS 12 AND 13, IN BLOCK 229, OF CORAL GABLES RIVIERA SECTION, PART 12, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 28, AT PAGE 35, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

    a/k/a 937 SUNSET RD, CORAL GABLES, FL 33143

3. Said real property is subject to a mortgage securing payment of a promissory note, which Movant is entitled to enforce as the holder or transferee thereof. The note and mortgage are dated May 25, 2007, and the mortgage was recorded on June 5, 2007 in Official Record Book 25674 at Page 3554 of the Public Records of Dade

      County, Florida. The original parties to the mortgage were ABELARDO RODRIGUEZ and CRISTINA J. PERTIERRA as mortgagors and BANKUNITED, FSB as mortgagee. Copies of the note, note allonge, assignment of mortgage, and mortgage as Exhibits "A," "B," "C," and "D."

4. There is due to Movant under the note and mortgage the sum of $505,744.81 together with current per diem interest at the rate of $95.26 accruing each and every day, plus other amounts provided for in the mortgage. An Affidavit of Indebtedness is attached hereto as Exhibit "E."

5. The total indebtedness owed pre-petition is $529,906.87 and post-petition is $568,049.05. The Indebtedness Worksheet is attached hereto as Exhibit "F."

6. The payments due pursuant to the terms contained in the note and mortgage are presently in default. The payment due on or about February 1, 2010, and all subsequent payments have not been made. Therefore, the interests of Movant are not being adequately protected.

7. According to the County Property Appraiser, the estimated value of the property is $264,942.00. A true and accurate copy of the valuation information is attached hereto as Exhibit "G."

8. The property has been claimed exempt by the Debtors. The property has not been abandoned by the Trustee.

9. A Proposed Order is attached as Exhibit "H".

10. Thus, Movant requests that the automatic stay be lifted so that Movant may proceed against the property to protect its secured interest in the collateral and complete the foreclosure process, including post-sale and eviction.

11. Pursuant to 11 U.S.C. § 362(e), Movant requests that in the event a hearing is necessary, said hearing be held within thirty (30) days.

12. The post-petition payment address is: 3415 VISION DRIVE, Columbus, OH 43219-6009.

**WHEREFORE**, Movant, JPMORGAN MORTGAGE ACQUISITION CORPORATION, respectfully requests that this Court enter an Order granting relief from the automatic stay and such other relief as the Court deems just and proper.

**I HEREBY CERTIFY** that on 2/18/2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:
EMMANUEL PEREZ, Esq., 901 Ponce De Leon Blvd., # 303, Coral Gables, FL 33134
Barry E. Mukamal, Trustee, 1 SE 3rd Avenue #10, Miami, FL 33131
James B Miller, Esq., 19 W Flagler St., #416, Miami, FL 33130
UNITED STATES TRUSTEE - MIA 51 S.W. First Avenue, Suite1204, Miami, FL 33130

And a true and correct copy was mailed to the non-CM/ECF participants:
CRISTINA JOSEFINA PERTIERRA, 937 SUNSET RD, MIAMI, FL 33143

    BEN EZRA & KATZ, P.A.
    Attorney for Movant
    2901 Stirling Road, Suite 300
    Ft. Lauderdale, FL 33312
    Telephone: (305) 770-4100
    Fax: (305) 653-2329

    BY: */s/ Allison B. Duffie*
        Allison B. Duffie
        Florida Bar No.: 649902