

**ORDERED in the Southern District of Florida on March 29, 2011.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

*In re:*

CASE NO. 10-13778-LMI
CHAPTER 7

CRISTINA JOSEFINA PERTIERRA
ABELARDO RODRIGUEZ,

    Debtors.
_____/

### ORDER GRANTING
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THIS CASE** came for consideration on negative notice on the Motion for Relief from the Automatic Stay (Docket #63) filed by JPMORGAN MORTGAGE ACQUISITION CORPORATION. No appropriate response having been filed in accordance with Local Rule 4001-1(C), and based on the record, it is

    **ORDERED:**

    1.    The automatic stay arising by reason of 11 U.S.C. § 362 is lifted as to Movant, and Movant may complete the action in state court for the foreclosure of its mortgage, including post sale and eviction actions, against the real property legally described as to Movant's interest in the following property:

       LOTS 12 AND 13, IN BLOCK 229, OF CORAL GABLES RIVIERA SECTION, PART 12, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 28, AT PAGE 35, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

       a/k/a 937 SUNSET RD, CORAL GABLES, FL 33143.

2. The Relief granted permits Movant to pursue in rem actions against the property, and not an in personam judgment against the Debtors.

### ###

Copies furnished to:
Allison B. Duffie, Esq., Ben Ezra & Katz, P.A., 2901 Stirling Road, Suite 300, Ft. Lauderdale, FL 33312, who is directed to serve a conformed copy of the executed Order on all interested parties listed below and file a certificate of service with the Clerk of the Court.

The CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:
EMMANUEL PEREZ, Esq., 901 Ponce De Leon Blvd., # 101, Coral Gables, FL 33134
Barry E. Mukamal, Trustee, 1 SE 3 Ave Box 158 10th Floor, Miami, FL 33131
United States Trustee - MIA 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130
James B Millr, Esq., 19 W Flagler St., #416, Miami, FL 33130

And a true and correct copy will be mailed to the non-CM/ECF participants:
CRISTINA JOSEFINA PERTIERRA, 937 SUNSET DR, MIAMI, FL 33143
ABELARDO RODRIGUEZ, 937 SUNSET DR, CORAL GABLES, FL 33143.